Judge Ronald B. Leighton

FILED ___ LODGED
___ RECEIVED

JAN 2 3 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IRIKA MARITIME S.A.,<br><br>    Defendant. | NO. CR06-5661RBL<br><br>ORDER RE:<br>WHISTLEBLOWER AWARD |

The government has requested the sum of Two Hundred and Fifty Thousand Dollars ($250,000), or one-half of the criminal fine assessed against Defendant Irika Maritime S.A., be paid to Andres F. Bontog, Jr. pursuant to the Act to Prevent Pollution from Ships, Title 33, United States Code, Section 1908(a) (APPS).

Mr. Bontog was a crew member on the M/V IRIKA, a marine cargo vessel operated by Defendant Irika Maritime S.A. Information he provided to the government was critical to initiating the investigation and successfully prosecuting this case. As a result of Mr. Bontog's actions, Defendant Irika Maritime S.A. has agreed to pay a Five Hundred Thousand Dollars ($500,000) criminal fine for violating APPS.

This Court has the authority and discretion to issue a monetary award of up to one-half of any criminal fine to those providing information leading to a conviction under APPS. 33 U.S.C. § 1908(a). Based on the entire record of this case, including the government's motion and the information provided in both court pleadings and

Order Re: Whistleblower Award - 1
Irika Maritime S.A./CR06-5661RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. proceedings, this Court finds an award in this matter would be consistent with the manifest
2. purpose of the statute of encouraging those with information about unlawful conduct to
3. come forward and disclose that information to authorities.
4.     IT IS HEREBY ORDERED that a total payment in the amount of Two Hundred
5. and Fifty Thousand Dollars ($250,000) or one-half of the criminal fine assessed against
6. Defendant Irika Maritime S.A. be awarded to Andres F. Bontog, Jr. The award shall be
7. payable following the Clerk's receipt of the criminal fine from Defendant Irika Maritime
8. S.A. The Clerk's Office is directed to pay Mr. Bontog's award to his counsel, Irwin H.
9. Schwartz, in accordance with an executed "Authorization to Receive Payment" in which
10. Mr. Bontog authorizes Mr. Schwartz to receive payment on his behalf.
11.     DATED this 23rd day of January 2007.

RONALD B. LEIGHTON
United States District Court Judge

17. Presented by:
18. JOHN McKAY
United States Attorney

20. s/James D. Oesterle
JAMES D. OESTERLE
21. WSBA # 16399
Assistant United States Attorney
22. United States Attorney's Office
700 Stewart Street, Suite 5220
23. Seattle, WA 98101
Phone: (206) 553-7970
24. Fax: (206) 553-2502
E-mail: jim.oesterle@usdoj.gov

Order Re: Whistleblower Award - 2
Irika Maritime S.A./CR06-5661RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970